UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MERCHANDISING TECHNOLOGIES, INC.**, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**VANGUARD PRODUCTS GROUP, INC.**,<br>an Illinois corporation doing business as<br>Vanguard Protex Global,<br><br>    Defendant. | Case No. 3:11-cv-01354-SI<br><br>**SETTLEMENT ORDER<br>AND DISMISSAL** |

**SIMON, District Judge,**

Based on the record in this case, the parties' resolution of their differences in accordance with a fully executed settlement agreement, and the parties' consent and stipulation to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.   This court has jurisdiction over the parties to this action and over the subject matter of this action.

2.   This Settlement Order and Dismissal is subject to all terms of the Confidential Settlement Agreement dated as of September 10, 2012, entered into by and between

Merchandising Technologies, Inc., and Vanguard Products Group, Inc. (the "Settlement Agreement").

3. All claims asserted in this case by plaintiff against defendant are hereby dismissed with prejudice, and all counterclaims asserted in this case by defendant against plaintiff are hereby dismissed with prejudice.

4. This court shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Settlement Order and Dismissal and the Settlement Agreement between the parties, or for resolving any other dispute arising hereunder.

5. Each party shall bear its own costs and disbursements.

6. There shall be no appeal from this Settlement Order and Dismissal.

DATED this 10th day of September, 2012.

_____
Michael H. Simon
United States District Judge